UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Chapter 11

LUMASTREAM, INC.,                                    Case No. 8:20-bk-00999-CPM

     Debtor.
_____/

**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**

LUMASTREAM, INC., ("**LumaStream**" or the "**Debtor**"), pursuant to Local Rule 2081-1, hereby files this Chapter 11 Case Management Summary (the "**Summary**"). For its Summary, the Debtor states the following:

**Introduction**

On February 5, 2020 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**Case Management Items**

I.     **Description of the Debtor's Business**

LumaStream is a technology company that was founded in 2010. LumaStream's technology, protected by twenty-three granted patents, fundamentally changes and improves the way power is distributed in buildings. LumaStream's system of power supplies and LED fixtures is like a stereo amplifier with speakers. The many benefits of LumaStream's revolutionary method of power distribution include eliminating the expenses and labor-intensive method of installing high voltage wiring, eliminating a significant source of fire risk in a building, and eliminating LED fixture failures. Customers are also able to obtain higher performing and better quality light. LumaStream's technology is ideally suited for the future as the most efficient method

for renewable energy transmission.

LumaStream got its start when its founder developed a new lighting system for a series of sculptures mounted on the face of a multi-story parking garage in Tampa, Florida. The lighting technology generally used on similar projects was the installation for halide bulbs, which were very costly, inefficient users of power, and difficult to maintain. The metal halide bulbs consumed about 22,000 watts of power and had a limited life span. Searching for a more energy efficient solution, LumaStream's founder developed a unique LED lighting solution that provided better light with total power consumption of roughly 1,400 watts.

Shortly after the Tampa garage installation, LumaStream was incorporated in Delaware. A year later, LumaStream acquired a power supply company, Power Vector, from eCraftsmen Corporation ("**eCraftsmen**"), a Canadian company. By combining LumaStream's driverless fixtures with a remote driver from Power Vector, the company established their unique competitive advantage in the market by powering and controlling LED fixtures exclusively from power supplies that could be mounted as far as 200 feet away.

The Debtor raised money through equity investments. The Debtor raised approximately $24 million from shareholders, from 2009 through 2019. The bulk of the money raised was used to fund engineering costs for the development of new technology as well as funding negative cash flow as typically experienced by start-up companies. Other amounts were used to fund operating shortfalls and the eCraftsmen purchase.

II.     **Location of Debtor's Operations and Whether Leased or Owned**

The Debtor operates out of a leased located at 2201 1st Avenue South, in Saint Petersburg, Florida 33712. The facility is leased from GSFT 22011st Ave S., LLC ("**GSFT**"). The leased premises consist of 23,000 square feet of office and manufacturing space. The lease

with GSFT is 60-month lease from January 1, 2020.

### III. Reasons for Filing Chapter 11

The Debtor filed this Chapter 11 case as a result of a $3,904,277.12 final judgment obtained by John Glasscock ("**Glasscock**"). The Debtor had been marketing its company, which would have provided it with cash to fund a forbearance with Glasscock. The prospective purchase chose not to proceed with the transaction and the Debtor needed protection from the collection activities that Glasscock indicated he was going to take. The Debtor filed its bankruptcy to allow it to conduct an orderly sale process.

### IV. List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

The Debtor's Founder and Chairman is Eric Higgs and the President is George Gordon. During the one year prior to the Petition Date, Eric Higgs received a salary of $144,000, plus health insurance. George Gordon, as a consultant to the company (not an employee) was a consultant to the company under an agreement of $10,000 per month. Neither Eric Higgs nor George Gordon received full compensation in 2019, as their salaries for a number of months were deferred.

### V. Debtor's Annual Gross Revenues

The Debtor's gross revenues for the year ending December 31, 2019, were approximately $3 million. The Debtor's gross revenues for 2020 year through the Petition Date were approximately $234,000.

### VI. Amounts Owed to Various Classes of Creditors

**Secured Claims:**

As of December 31, 2019, the Debtor owed $1,000,000 to John Windt, who asserts a lien on accounts receivable. Andres Wydler, who also has a lien on accounts receivable, is owed $70,000. The Debtor owed approximately $2.5 million to eCraftsmen, which is secured by a lien

on certain patents.  Glasscock obtained a judgment in the approximate amount of $3.1 million, which may be secured by a lien on certain assets as a result of Glasscock recording his judgment lien.  Finally, the following individuals have loans with the company, which may assert a lien on intellectual property.

| | |
|---|---|
| Joseph D. Reed and Robin L. Reed, Co-Trusties, of the Reed Family Trust | $ 50,000 |
| Hemant and Nimisha Chheda, Joint Tenants in Entirety | $ 50,000 |
| Rajendra P. Kedar and Sulochana Kedar | $100,000 |
| Nagamia Irrevocable Trust | $ 50,000 |
| Nagamia Family Trust | $ 50,000 |
| John Petrozza | $ 90,000 |
| Andres Wydler | $ 70,000 |

**Priority Claims:**

The Debtor owes employees for two days of services rendered prior to the bankruptcy petition.  In addition, the Debtor owes deferred salaries to officers.  The State of Delaware has asserted it is owed taxes, but the amount is in dispute.

**Unsecured Claims:**

The Debtor owes approximately $600,000 to unsecured creditors.  The amount may increase if customers assert warranty claims.

VII.   **General Description and Approximate Value of the Debtor's Current and Fixed Assets**

The Debtor's assets consist primarily of accounts receivable, inventory, intellectual property, office furniture, and security deposits. The net book value of the Debtor's assets (exclusive of intellectual property) is approximately $9.3 million, however a significant portion consists of intercompany receivables which are offset with intercompany liabilities.  The Debtor owns twenty-three (23) patents that were recently appraised as having a value of $74 million.

VIII.    **Number of Employees and Amount of Wages Owed as of Petition Date**

As of the Petition Date, the Debtor had approximately 20 employees.  The Debtor has reduced its workforce and is now employing six people.

IX.    **Status of Debtor's Payroll and Sales Tax Obligations**

On the Petition Date, the Debtor was current on its payroll tax obligations.

X.    **Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtor has filed or anticipates filing the following motions:

1.    Motion seeking authorization to use cash collateral;

2.    Motion to pay officers' salaries; and

3.    Application to employ auctioneer to sell excess equipment.

XI.    **Strategic Objectives**

The Debtor intends to reduce the size of business operations and conduct an orderly sale of assets.

    */s/ Susan Heath Sharp*
Scott A. Stichter (FNB 0710679)
Susan Heath Sharp (FBN 0716421)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
       ssharp@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Chapter 11 Case Management Summary* has been furnished on this 10th day of February, 2020, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

    */s/ Susan Heath Sharp*
    Susan Heath Sharp

13861.2306408